IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

U.S. DISTRICT COURT
Southern District of Georgia
Filed in Open Court
November 18, 2025 1:21 PM.
Deputy Clerk

| | |
|---|---|
| ALEXANDER WILLIAMS and ANTONIO PAYNE, <br><br> Plaintiffs, <br><br> v. <br><br> ANDREW MCFARLANE; DARRELL WOOTEN; JIMMY KELLUM; DEPUTY WILLIAM SIKES; and RICKEY WILCOX, SR., <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> * CV 324-050 <br> * <br> * <br> * <br> * <br> * <br> * |

## CITATION FOR CONTEMPT

In the captioned civil case, a Writ of Habeas Corpus ad Testificandum was issued by the Presiding Judge on October 27, 2025, commanding the Warden of Wilcox State Prison to produce the body of Plaintiff Alexander Williams, under safe secure conduct, at the United States Courthouse at Augusta on November 17, 2025, at 9:00 a.m. for a jury trial until the disposition of said case. Plaintiff Williams was produced on November 17, 2025, but he was not produced on the second day of the trial, November 18th. Apart from the Writ aforementioned, clear instructions were given to the Warden's staff relative to the production of Plaintiff Williams for court for the continuation of the trial the next day.

The failure to present the Plaintiff Alexander Williams on the second day of trial at 9:00 a.m. created an irremediable delay in the conduct of the trial, which required other parties,

witnesses, and, especially, Jurors to be kept waiting. Because of this failure to obey the Writ, judicial resources were squandered and valuable trial time wasted.

Upon the foregoing, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Michael Thomas, the Warden of Wilcox State Prison and recipient of the aforementioned Writ, is hereby Cited and required to answer to the Court for his Willful Criminal Contempt for the disobedience of the Order of this Court dated October 27, 2025, pursuant to the provisions of 18 U.S.C. § 401; and for his obstruction of the administration of justice by his disobedience and resistance to the lawful Writ, Order and command of this Court.

This Citation for Contempt shall be personally served upon the Warden in open Court this 18th day of November, 2025.

_[signature]_
UNITED STATES DISTRICT JUDGE