```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF GEORGIA
                    AUGUSTA DIVISION
```

IN RE:     MICHAEL THOMAS, Warden      *     Case No. 1:25-mc-06
           of Wilcox State Prison      *

_____

**ORDER OF CONTEMPT**
_____

On November 18, 2025, the Court issued a Citation for Criminal Contempt against Warden Michael Thomas of Wilcox State Prison in his official capacity for failure to obey the Writ of Habeas Corpus ad Testificandum issued on October 27, 2025. The Writ was issued for the production of Inmate Alexander Williams for a jury trial in a civil rights case, <u>Williams v. McFarlane</u>, Case No. 3:25-CV-50 (S.D. Ga. Jul. 9, 2024). More specifically, Wilcox State Prison failed to produce Inmate Williams for the second day of trial in Augusta, Georgia, at 9:00 a.m., on Tuesday, November 18, 2025, despite multiple communications with the court staff and the United States Marshals Service and in direct contravention of express directions given to Wilcox State Prison transport officers at the conclusion of the first day of trial.

Warden Thomas appeared as directed before the Court on the afternoon of November 18th, at which time he was then served with the Citation of Criminal Contempt and notified that the Court would conduct a hearing at 9:00 a.m. on Wednesday, November 19, 2025. Warden Thomas duly appeared with counsel at the hearing. The Court took evidence and made inquiry into the circumstances of the failure to obey the Court's lawful writ and commands.

For the reasons stated on the record at the contempt hearing of November 19th and incorporating the Court's findings of fact and conclusions of law herein, **IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that Michael Thomas, in his official capacity as Warden of Wilcox State Prison, is guilty of criminal contempt under 18 U.S.C. § 401(3). In particular, Warden Thomas and his staff had knowledge of the Writ of Habeas Corpus ad Testificandum and other lawful commands of the Court to produce Inmate Alexander Williams at 9:00 a.m. on November 18, 2025, and with willful disobedience thereto, failed to produce the inmate. The willfulness element in this manifestation of contempt is more than satisfied by the conscious disregard and deliberate indifference to consequences displayed by the Warden and his staff in conjunction with the staff of the Georgia Department of Corrections. In doing so, Warden Thomas caused a significant waste of judicial resources and hampered the administration of justice.

Upon the foregoing, the Court imposes a financial penalty in the amount of $20,000 in vindication of its authority. This fine shall be paid to the United States Treasury through the United States Attorney's Office, Southern District of Georgia, by close of business on December 15, 2025.

**SO ORDERED** at Augusta, Georgia, this 20th day of November, 2025.

_/s/ Dudley H. Bowen Jr._
UNITED STATES DISTRICT JUDGE