IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| Michael Thomas, Warden of Wilcox State Prison<br>　　　　Plaintiff<br><br>vs.<br><br>United States of America<br><br>　　　　Defendant | CASE NUMBER:　　MC 125-006 |

CLERK'S CERTIFICATE/ORDER

The Clerk hereby certifies that __Warden Michael Thomas__ has deposited with the Court the sum of $ __20,000.00__ under F.R.Cv.P. 67. The money, designated as Registry funds, is hereby ORDERED to be deposited in an interest bearing account in accordance with the general order of this Court, entered September 23, 1983.

DONE this __1st__ day of __December__, __2025__, by Order of this Court.

JOHN E. TRIPLETT, CLERK OF COURT

By: _Jamie Hodge_
Deputy Clerk

(Rev. 03/20)